MEMORANDUM OPINION




No. 04-04-00819-CV



IN RE Tomas PEREZ



Original Mandamus Proceeding (1)



Opinion by: Karen Angelini, Justice

Dissenting opinion: Alma L. López, Chief Justice


Sitting: Alma L. López, Chief Justice

 Karen Angelini, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: January 5, 2005


PETITION FOR WRIT OF MANDAMUS DENIED

 On November 18, 2004, relator filed a petition for writ of mandamus. This court has
determined that the relator is not entitled to the relief sought. Therefore, the petition is DENIED.
Tex. R. App. P. 52.8(a).

 Karen Angelini, Justice
1. This proceeding arises out of Cause No. DC-00-331, styled In the Interest of Z.B.S., pending in the 229th
Judicial District Court, Duval County, Texas, the Honorable Alex W. Gabert presiding.